21549. WILSON *v.* THE STATE.

LUKE, J. This case is controlled by the decision in *Crowe* v. *State*, ante. *Judgment affirmed. Broyles, C. J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED FEBRUARY 16, 1932.

*George C. Palmer, T. H. Fort,* for plaintiff in error.
*B. H. Chappell, solicitor, W. H. Young Jr.,* contra.